

# LAZARE POTTER & GIACOVAS LLP

875 Third Avenue, 28th Floor ■ New York, NY 10022
Tel. 212-758-9300 ■ Fax. 212-888-0919

www.lpgllp.com

WRITER'S EMAIL
apremisler@lpgllp.com

WRITER'S DIRECT DIAL
(212) 784-3292

March 24, 2014

<u>Via ECF</u>

The Honorable Andrew T. Baxter
United States Magistrate Judge
Northern District of New York
James Hanley Federal Building
100 South Clinton
Syracuse, New York 13261

    Re:    *Edward Ticheli v. Travelers Insurance Company*
              United States District Court for the Northern District of New York
              Index No.: 14 CV 172
              <u>LPG File No.: 340-1114</u>

Dear Judge Baxter:

       This firm represents Defendant TravCo Insurance Company ("TravCo"), erroneously sued herein as "Travelers Insurance Company." We write to respectfully request that TravCo's time to answer, move against, or otherwise respond to the Complaint herein be extended to and including April 7, 2014. Defendant's response is currently due on March 31, 2014. This is the second request for such an extension of time.

       Plaintiff's counsel has kindly consented to this extension.

       We thank the Court for its consideration.

                                                           Respectfully submitted,

                                                           Andrew Premisler

cc:    Anderson Kill P.C.