UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD TICHELI,<br><br>     Plaintiff,<br><br> v.<br><br>TRAVELERS INSURANCE COMPANY,<br><br>     Defendant. | Case No.: 14-CV-172 TJM/ATB<br><br>**CERTIFICATE OF SERVICE** |

   I, Vivian C. Michael, certify that on April 24, 2014, I electronically filed **Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss** (ECF #19) with the Clerk of this Court using the CM/ECF system. Defendant was notified of the filing via CM/ECF notifications sent via email to:

    Ravi Kantha, Esq.
    Stephen M. Lazare, Esq.
    Andrew M. Premisler, Esq.
    Lazare Potter & Giacovas LLP
    875 Third Avenue
    New York, NY 10022
    rkantha@lpgllp.com
    slazare@lpgllp.com
    apremisler@lpgllp.com

                **ANDERSON KILL, P.C.**

                /s/ Vivian C. Michael
                Alexander Hardiman, Esq.
                John G. Nevius, Esq.
                Vivian C. Michael, Esq.
                1251 Avenue of the Americas
                New York, NY 10020
                Tel.: (212) 278-1000
                Fax: (212) 278-1733
                ahardiman@andersonkill.com
                jnevius@andersonkill.com
                vmichael@andersonkill.com

                *Counsel for Plaintiff Edward Ticheli*